**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-02936-REB-KLM

MUTUAL OF OMAHA BANK,

    Plaintiff,

v.

GARY W. MCKEE, of McKee Enterprises, and any and all occupants claiming an interest under the defendant,

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    This matter is before me on the following: (1) the **Plaintiff's Motion for Remand To State Court** [#6][1] filed December 1, 2011; and; (2) the **Recommendation of United States Magistrate Judge** [#11] filed January 23, 2012. The plaintiff has not filed objections to the recommendation. I approve and adopt the recommendation, grant the motion to remand, and remand this case.

    The plaintiff is proceeding *pro se*. Thus, I have construed his pleadings and other filings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Erickson v. Pardus***, 551 U.S. 89, 94 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110

---

[1] "[#6]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

(10th Cir. 1991).

The plaintiff did not file objections to the recommendation and, therefore, I review the recommendation only for plain error.  *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no error, much less plain error, I approve and adopt the recommendation and grant the motion to remand.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#11] filed January 23, 2012, is **APPROVED** and **ADOPTED** as an order of this court;

2.  That the **Plaintiff's Motion for Remand To State Court** [#6] filed December 1, 2011, is **GRANTED**;

3.  That this action is **REMANDED** to the District Court, Jefferson County, Colorado; and

4.  That the plaintiff's **Motion for Appointment of Receiver** [#13] filed May 21, 2012, is **DENIED** as moot.

Dated May 23, 2012, at Denver, Colorado.

            **BY THE COURT:**

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge

---

[2]  This standard pertains even though plaintiff is proceeding *pro* se in this matter.  **Morales-Fernandez**, 418 F.3d at 1122.